FILED

Name: Kevin Allesee

Address: 15 19th Ave.
Unit 3 Venice, CA 90291

Phone: (310) 498-1414

2022 DEC 16 PM 4:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ rsm

Fax: _____

E-mail: Kevinallesee @yahoo.com

In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Kevin
ALLESEE

Plaintiff

v.

Agner Quon, Alan Quon,
William Quon, Jeff Bodine
Mark A Young, DOES,  Defendant(s).

(including a SARGEAT working
on 12-16-2017 for the
L.A.P.D. [Pacific Division])

CASE NUMBER:

**2:22-CV-09150-CJC-SHK**

Civil Rights Complaint

( Enter document title in the space provided above)

On 12-16-2017, I
was the victim of
an ulawtul arrest.
It was three days
after an unlawful
entry by some of
the Defendants on
12-13-2017. I plan...

Page Number

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

... to file an amendent complaint (in shai Allah).

The amendent complaint will have more infor-mation (in shai Allah).

Under penalty of perjury I verify

on 12-16-2022

Kelvin Allese 12-16-2022

2
Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT