UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 22-09150-CJC (SHKx)　　　　　　　　　　　　Date: March 22, 2023

Title: <u>KEVIN ALLESEE V. AGNES QUON ET AL.</u>

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>　　　　　　　　　<u>　　N/A　　</u>
Deputy Clerk　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE**

　　It is a plaintiff's responsibility to prosecute her case diligently. However, it appears that Plaintiff Kevin Allesee does not wish to further prosecute this case.

　　On January 11, 2023, the Court issued an order on Plaintiff's request to proceed in forma pauperis dismissing the complaint for failure to state a claim and giving Plaintiff until February 6, 2023, to file an amended complaint. On January 20, 2023, Plaintiff filed a "Declaration Pertaining to Amendments of Complaint Filed 12-16-2022." (Dkt. 7.) On January 26, 2023, Plaintiff filed a "Declaration Pertaining to Alleged 'Termination' of this Case." (Dkt. 8.) On February 6, 2023, Plaintiff filed a "Declaration re Pertaining to 'Fee Waiver.'" (Dkt. 10.) On February 8, 2023, the Court issued an order striking Plaintiff's declarations and ordering him to file a proper amended complaint by March 13, 2023. Plaintiff has not filed an amended complaint.

　　By failing to comply with this Court's orders, Plaintiff has demonstrated that he no longer wishes to prosecute this case. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**.

qr

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk RRP